**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19-cr-128 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| VINCENT MILLER, | : | |
| Defendant. | : | |

### FINAL ORDER OF FORFEITURE

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On December 2, 2019, the Court entered a Preliminary Order of Forfeiture, finding that all right, title, and interest in the following property (hereinafter the "subject property") had been forfeited to the United States pursuant to 21 U.S.C. § 853(a) and/or 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

Items seized from Tanager Meadows, Trotwood, Ohio:

- AT&T (Pantech Model P2030) flip phone, SN: 131001667161;
- iPhone, Model A1586, IMEI 353028099100582 (with cracked screen);
- Kyocera, Model S2720 flip phone, IMEI 014864005962728;
- Kyocera, Model S2720 flip phone, IMEI 014864001170995;
- Kyocera, Model 2720 flip phone, IMEI 014864002274648;
- Apple iPhone, red in color, no visible markings;
- Three (3) magazines and gun accessories found in a gun box;
- Magazine containing approximately seven (7) rounds of .40 caliber ammunition and approximately one (1) loose round of 9mm ammunition;
- AR drum Magpul 0-60 containing approximately sixty (60) .223 rounds of ammunition, approximately three (3) loose rounds of .556 rounds of ammunition, and one empty AR magazine;
- Diamondback AR-15 style rifle, SN: DB1574453;
- PMAG 30 magazine with approximately twenty-eight (28) rounds of 5.56x45 ammunition;

- Glock magazine, .40 caliber, 22 round capacity and approximately twenty-one (21) rounds of .40 caliber ammunition;
- 9mm magazine, 31 round capacity and approximately thirty-two (32) rounds of 9mm ammunition;
- Glock 17 Gen4, 9mm handgun, SN: PPR423; and
- 9mm round removed from chamber of Glock and one PMAG 17 containing approximately sixteen (16) rounds of 9mm ammunition.

Items seized from Dennison Ave., Dayton, Ohio:

- Verizon, Kyocera, Model S2720, IMEI 014864005612224;
- Verizon, LG Model LG-VN170, SN: 609CQRN1916846;
- Verizon, LG Model LG-VN170, SN: 704CQFT2323347;
- Verizon, Casio CE0700, SN: 132901073135;
- Verizon, Casio CE0700, SN: 142501431069;
- Apple iPhone, black in color, no visible markings; and
- Apple iPhone, red in color, no visible markings.

The Court also found that the defendant had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property.

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object to the forfeiture.

On December 10, 2019, the Court held the defendant's sentencing hearing and announced the forfeiture of the subject property.  The Judgment establishes that the defendant shall forfeit the subject property to the United States.

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 4, 2019.

The United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture

of the subject property in the ancillary proceeding, including PV Holding Corp., c/o Corporation Services Company, Statutory Agent; PV Holding Corp.; Dorriya Scearce; Roger Arden; and Elijah Krenshaw Marsh.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 21 U.S.C. § 853(a) and/or 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and no right, title, or interest shall remain in any other person or entity.

2. The United States shall dispose of the subject property in accordance with the law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 05/01/2020

/s/ Walter H. Rice (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE